**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2131

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

MARYLAND STATE BAR ASSOCIATION; UNITED STATES DEPARTMENT OF EDUCATION; AMERICAN BAR ASSOCIATION; NATIONAL CONFERENCE OF BAR EXAMINERS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:15-cv-02548-JKB)

Submitted: December 15, 2015        Decided: December 17, 2015

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm substantially for the reasons stated by the district court. Emrit v. Md. State Bar Ass'n., No. 1:15-cv-02548-JKB (D. Md. filed Sept. 10, 2015 & entered Sept. 11, 2015); see Shailendra Kumar, P.A. v. Dhanda, 43 A.3d 1029, 1039-41 (Md. 2012) (addressing tolling). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED